O'CONNOR PLAYDON & GUBEN LLP
A LIMITED LIABILITY LAW PARTNERSHIP

JERROLD K. GUBEN    3107-0
Makai Tower, 24th Floor
733 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-8350
jkg@roplaw.com

Attorney for Defendant
AMPCO SYSTEM PARKING

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>ALOHA AIRLINES, INC.[1],<br><br>             Debtor. | Case No. 08-00337<br>(Chapter 7 Case)<br>(Jointly Administered) |
| DANE S. FIELD, Chapter 7 Trustee<br>for ALOHA AIRLINES INC.,<br>ALOHA AIRGROUP, INC. AND<br>AIRGROUP ACQUISITION CORP.,<br><br>             Plaintiff,<br><br>  vs.<br><br>AMPCO SYSTEM PARKING, INC.;<br>JOHN DOES 1-50; JANE DOES 1-50;<br>DOE PARTNERSHIPS 1-50; DOE<br>CORPORATIONS 1-50; DOE<br>ENTITIES 1-50; and DOE<br>GOVERNMENTAL UNITS 1-50,<br><br>             Defendants. | **Adv. No. 10-90092**<br><br><br>Judge: Honorable Robert J. Faris |

---

[1] The last four digits of the taxpayer identification number of each of the debtors follows in parentheses: (a) Airgroup (9996); (b) Aloha (4888); Acquisition (8526).

## AMPCO SYSTEM PARKING'S
## ANSWER TO COMPLAINT IN ADV. NO. 10-90092

AMPCO System Parking, Inc., the Defendant in the above-captioned adversary proceeding, by and through its undersigned counsel, answers the Complaint as follows:

### First Defense

1.      The Complaint fails to state a claim for which a relief may be granted.

### Second Defense

2.      AMPCO admits the following paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9 and 10.

3.      AMPCO denies the allegations in paragraph 11 until the AMPCO has had an opportunity to review the Trustee's and Debtor's books and records.

4.      AMPCO denies the allegations contained in ¶ 12.

### Third Defense

5.      AMPCO intends to rely on the affirmative defense that to the extent that AMPCO received any transfer or payments in the ninety (90) days prior to March 20, 2008, such transfers and payments were for the contemporaneous exchange of services and consideration pursuant to 11 U.S.C. § 547(c)(1).

U.S. Bankruptcy Court - Hawaii  #10-90092  Dkt # 6  Filed  07/30/10  Page 2 of 3

## Fourth Defense

6.     AMPCO intends to rely on the affirmative defense that the transfers were made and received in the ordinary course of business between Aloha and AMPCO System Parking pursuant to 11 U.S.C. § 547(c)(2).

## Fifth Defense

7.     AMPCO intends to rely on affirmative defense that all payments and transfer were subject to the subsequent advance and "new value" defenses as provided for in 11 U.S.C. § 547(c)(4).

WHEREFORE, AMPCO System Parking, Inc., requests the Court,

(1)     dismiss the Complaint for failure to state a claim for which relief may be granted without any recovery;

(2)     award AMPCO its attorney's fees and expenses incurred in this proceeding;

(3)     for other and further equitable and legal relief as this Court deems just in the premises; and

DATED:   Honolulu, Hawaii,  July 28, 2010.

JERROLD K. GUBEN
Attorney for Defendant
AMPCO SYSTEM PARKING, INC.

U.S. Bankruptcy Court - Hawaii   #10-90092   Dkt # 6   Filed  07/30/10   Page 3 of 3