WAGNER CHOI & VERBRUGGE
Attorneys at Law

JAMES A. WAGNER
CHUCK C. CHOI
ALLISON A. ITO
745 Fort Street, Suite 1900
Honolulu, Hawaii 96813
Telephone: (808) 533-1877
Fax: (808) 566-6900
Email: jwagner@hibklaw.com

Counsel to the Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| In re<br>ALOHA AIRLINES, INC., et al.,[1]<br>    Debtor. | )<br>)<br>)<br>)<br>) | Case No. 08-00337<br>(Chapter 7)<br>(Jointly Administered) |
| DANE FIELD, CHAPTER 7 TRUSTEE FOR ALOHA AIRLINES, INC.,<br>    Plaintiff,<br>vs.<br>AMPCO SYSTEM PARKING, INC., et al.<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Adv. No. 10-90092<br>No Trial Date Set<br><br>STIPULATED ORDER TO DISMISS WITH PREJUDICE ADV. PRO. NO. 10-90092 |

---

[1] The last four digits of the taxpayer identification number of each of the debtors follows in parentheses: (a) Airgroup (9996); (b) Aloha (4888); and (c) Acquisition (8526).

# STIPULATED ORDER TO DISMISS WITH PREJUDICE
## ADV. PRO. NO. 10-90092

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Dane S. Field, Trustee in that certain bankruptcy proceeding (the "Chapter 7 Case"), entitled *In re Aloha Airlines, Inc., et al.*, BK No. 08-00337 in the U.S. Bankruptcy Court for the District of Hawaii and Defendant AMPCO System Parking, Inc., all of the appearing parties in this matter, that pursuant to Rules 7041(a)(1)(ii) and 7041(a)(2) of the Federal Rules of Bankruptcy Procedure, and in accordance with the separate Settlement Agreement between the Plaintiff on the one hand and the Defendant on the other hand, that the Complaint which commenced Adversary Proceeding Case Number 10-90092, is hereby dismissed with prejudice.

There are no remaining claims, issues, and/or parties. The parties hereto shall bear their own attorneys' fees and costs.

STIPULATED AND AGREED TO this December 20, 2010.

/s/ Allison A. Ito
WAGNER CHOI & VERBRUGGE
James A. Wagner
Chuck C. Choi
Allison A. Ito
Counsel for Chapter 7 Trustee
Dane Field

[signatures continued on next page]

/s/ Jerrold K. Guben
Jerrold K. Guben
Attorney for Defendant
AMPCO SYSTEM PARKING, INC.

In re Aloha Airlines, Inc., Case No. 08-00337; Dane Field, Trustee et al. vs. AMPCO SYSTEM PARKING, INC., et al., Adv. No. 10-90092; Stipulated Order to Dismiss With Prejudice Adv. Pro. No. 10-90092